IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES BERNARD CAMPBELL,

    Plaintiff,

vs.                                       CASE NO. 5:11cv82/RS-GRJ

WARDEN ELLIS, et al,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion For Extension Of Time (Doc. 7).

**IT IS ORDERED** that Plaintiff shall file objections to the Magistrate Judge's Report and Recommendation (Doc. 6) not later than May 24, 2011.

**ORDERED** on May 5, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**