IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES BERNARD CAMPBELL,

    Plaintiff,

vs.                                                  CASE NO. 5:11cv82/RS-GRJ

WARDEN ELLIS, et al,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6) and Plaintiff's Objection To Magistrate Judge Report And Recommendation (Doc. 9).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(g).

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on May 16, 2011.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**